UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------x
                               :
EDWARD GREENE                  :   Civ. No. 3:21CV01513(SALM)
                               :
v.                             :
                               :
JAMES McMAHON, PAUL CHARETTE,  :
and NATHAN SHEEHAN             :   November 10, 2022
                               :
-------------------------------x
```

**ORDER TO SHOW CAUSE**

On October 11, 2022, the Court issued an Order to Show Cause regarding plaintiff's "failure to comply with discovery and court orders, and for failure to prosecute." Doc. #42 at 11. The Court specifically noted that plaintiff had failed to "respond to defendants' discovery requests and to provide defendants with the required initial disclosures," despite numerous Court orders. Id. at 3. In relevant part, the Court ordered plaintiff to "file a timely response providing a 'satisfactory explanation' for plaintiff's failure to comply with court orders and discovery requests" and warned that his failure to respond "will result in 'an order of dismissal.'" Id. (quoting D. Conn. L. Civ. R. 41(a)).

On October 17, 2022, plaintiff filed a Response to the Order to Show Cause. See Doc. #43. The response stated that he "completed all the defense's requests for discovery." Id. at 1. However, plaintiff had been ordered to "respond to all

~ 1 ~

outstanding discovery requests, <u>and provide defendants with the required initial disclosures[.]</u>" Doc. #37 (emphases added). Plaintiff's response made no representations regarding compliance with the Initial Disclosure requirement. His response also failed to provide any explanation for his failure to comply with discovery in a timely fashion. Therefore, the Court ordered defendants to "file either an appropriate motion or a Notice, on or before October 28, 2022, stating whether counsel has received (1) plaintiff's initial disclosures and (2) responses by plaintiff to their discovery requests." Doc. #44 (emphases removed). Defendants filed a Notice asserting that they "have not received Plaintiff's initial disclosures, pursuant to the Court's Order Doc. #37." Doc. #45 at 1.

On October 31, 2022, the Court ordered plaintiff to "provide the Initial Disclosures described in the Court's Scheduling and Case Management Order" by November 14, 2022, and to "file a Notice on the docket confirming that he has provided this information to defense counsel" by November 18, 2022. Doc. #46 (emphases removed). The Court reminded plaintiff that the "Scheduling and Case Management Order remains in effect" and that failure "to comply with all remaining deadlines ... may result in the imposition of sanctions." <u>Id.</u> (emphases removed).

Pursuant to the Scheduling Order a joint status report was due on November 1, 2022. <u>See</u> Doc. #27 at 6. Defendants timely

~ 2 ~

filed a Status Report. See Doc. #47. The Status Report stated that a draft "of this Status Report was emailed to Edward Greene on October 28, 2022 for his review and as of the filing of this report, the plaintiff did not submit a response in agreement or with any changes." Id. at 1 n.1. Plaintiff has not filed a separate Status Report, nor has he responded in any way to this submission.

In light of plaintiff's failure to provide an explanation for his non-compliance with discovery, his continued failure to provide defendants with the Initial Disclosures, and his failure to participate in the preparation of the Status Report, plaintiff is hereby **ORDERED** to show cause why sanctions should not enter against him. **The Court will hold an in-person Show Cause Hearing on this issue on Wednesday, December 14, 2022, at 1:00 p.m. in Courtroom Three-Annex, 915 Lafayette Boulevard, Bridgeport, CT**. Plaintiff and counsel for defendants are required to appear in person for this hearing. A separate calendar will issue.

The Court has scheduled this matter more than four weeks in advance to give plaintiff ample time to coordinate transportation and prepare for the hearing. **Plaintiff is advised that failure to appear will result in the imposition of sanctions. Sanctions may include barring plaintiff from using evidence that should have been disclosed, striking pleadings in**

~ 4 ~

**whole or in part, or dismissal of this action**. <u>See</u> Fed. R. Civ. P. 37(b)(2)(A).

All of the Court's orders have been transmitted to plaintiff by electronic mail at luck2015ct@gmail.com, as he requested. <u>See</u> Doc. #14. The Clerk of the Court shall also mail a copy of this Order to plaintiff at his mailing address of record.

It is so ordered at Bridgeport, Connecticut, this 10th day of November, 2022.

                                            /s/
                                HON. SARAH A. L. MERRIAM
                                UNITED STATES CIRCUIT JUDGE
                                Sitting by Designation